An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTONIO LEE MIXON,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66395

**FILED**

DEC 1 1 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a proper person appeal from an order of the district court denying a petition for a writ of *coram nobis*.[1] Eighth Judicial District Court, Clark County; Valerie Adair, Judge.

Appellant filed a petition for writ of *coram nobis* on April 7, 2014, challenging the validity of his conviction and sentence. In his petition, appellant claimed that his conviction violated the Double Jeopardy Clause. Appellant's claim was not properly raised in a petition for a writ of *coram nobis* because it involved legal and not factual errors.

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. *See Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

14-40419

*See Trujillo v. State*, 129 Nev. ___, ___, 310 P.3d 594, 601-02 (2013).

Therefore, the district court did not err in denying the petition, and we

ORDER the judgment of the district court AFFIRMED.[2]

_____, C.J.
Gibbons

_____, J.     _____, J.
Pickering                        Saitta

cc:     Hon. Valerie Adair, District Judge
        Antonio Lee Mixon
        Attorney General/Carson City
        Clark County District Attorney
        Eighth District Court Clerk

---

[2]Although the district court erroneously construed the petition to be a post-conviction petition for a writ of habeas corpus, we nevertheless affirm the district court's decision for the reasons discussed in this order. *See Wyatt v. State*, 86 Nev. 294, 298, 468 P.2d 338, 341 (1970) (holding that a correct result will not be reversed simply because it is based on the wrong reason).